**Rahel Woldegebriel HAILE, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–1686.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2012.

Decided: March 7, 2012.

David R. Saffold, Law Offices of David R. Saffold, Washington, D.C., for Petitioner. Tony West, Assistant Attorney General, Daniel E. Goldman, Senior Litigation Counsel, Brianne Whelan Cohen, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are *not binding* precedent in this circuit.

PER CURIAM:

Rahel Woldegebriel Haile, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Haile's motion. *See* 8 C.F.R. § 1003.2(a) (2011). We accordingly deny the petition for review for the reasons stated by the Board. *See In re: Haile* (B.I.A. May 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*